No. 749, Misc. ROSOTO ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for respondent.

No. 878, Misc. TUCKER *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Paul D. Welker* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Lyle Reid,* Assistant Attorney General, for respondent.

No. 880, Misc. SIMONETTI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 915, Misc. MORGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General · Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 920, Misc. LESSARD *v.* DICKSON, WARDEN. Supreme Court of California. Certiorari denied.

No. 933, Misc. ELKSNIS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner.

No. 967, Misc. GOLSTON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Al Matthews* for petitioner.